[No. 720-2.   Division Two.   March 22, 1973.]

THE DEPARTMENT OF NATURAL RESOURCES, *Appellant,* v. SELLA HATFIELD *et al., Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 59384, John W. Schumacher, J., entered January 28, 1972. *Reversed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Armstrong, JJ.

[No. 1648-1.   Division One—Panel 1.   March 26, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD JOSEPH LITTLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 58188, Horton Smith, J., entered April 25, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, C.J., and James, J.

[No. 1748-1.   Division One—Panel 1.   March 26, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES D. BOTHELL, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 7924, Bert C. Kale, J., entered June 21, 1972. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Farris and James, JJ.

[Nos. 612-2; 615-2.   Division Two.   March 30, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN ROY BELCHER *et al., Appellants.*

Appeals from judgments of the Superior Court for Clark County, Nos. 7146, 7148, Robert D. McMullen, J., entered September 20, 1971. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Armstrong and Petrie, JJ.